No. 99–9942. ARTOLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 99–9943. ALLEN *v.* OHIO DEPARTMENT OF REHABILITATION AND CORRECTION ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 99–9944. CLARK *v.* HEAD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–9945. BIBBS ET UX. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. ▮

No. 99–9946. BUCKOM *v.* O'KONEK. C. A. 4th Cir. Certiorari denied.

No. 99–9948. WELKY *v.* MICHIGAN. Cir. Ct. Oakland County, Mich. Certiorari denied.

No. 99–9949. BALSAM *v.* UNITED STATES; and
No. 00–5328. MEUSE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 203 F. 3d 72.

No. 99–9952. BURKE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 99–9953. BRADSHAW *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 99–9954. COLLINS *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–9955. BASHORE *v.* KAPTURE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9956. ANTLE *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied. ▮

No. 99–9957. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 99–9958. SMITH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 99–9959. PERRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮